Duc L. Trinh and
Sally Y Ly
Plaintiffs Pro Se
2600 Torrey Pines Rd., #A24
La Jolla, CA 92037
Telephone:(619) 981-8888
Email: duclytrinh@gmail.com

FILED
DEC 0 3 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

Plaintiffs DUC L. TRINH and SALLY Y LY, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUC L. TRINH, an individual and SALLY Y LY, an individual<br><br>Plaintiffs,<br>v<br>LA JOLLA RACQUET CLUB CONDOMINIUM OWNERS' ASSOCIATION, INC., a California nonprofit mutual benefit corporation; BRYAN S. BLANK, an individual; STEPHANIE WALKER EMERSON, an individual; and DOES 1 through 70, inclusive,<br><br>Defendants. | CASE NO.: 25CV1829 RBM MSB<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

Plaintiffs Duc L. Trinh and Sally Y Ly hereby notify the Court that the parties have reached a settlement in principle resolving all claims in this action.

The parties are currently finalizing the written settlement agreement and anticipate filing a dismissal with prejudice withing 60 days of this filing.

Accordingly, Plaintiffs respectfully request that the Court vacate all pending deadlines and hearings and set a deadline of 60 days for the parties to file their dismissal documents.

Respectfully submitted,

12/02/2025                                                      *Sally Y Ly* (signature)

DATED                                                             Sally Y Ly, Plaintiff

1

NOTICE OF SETTLEMENT